# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Pound, Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, hereby states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant, Matthew Pound, is a full-time, salaried law enforcement officer for the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so since May 25, 2014.  I routinely investigate violations of federal criminal statutes, including violations of federal firearms and narcotics laws.  I have specifically investigated violations related to subjects in possession of illegal and altered firearms.  Prior to being a Special Agent with ATF, I was a full-time, salaried law enforcement officer for the Albuquerque Police Department for approximately 9 years.  While at the Albuquerque Police Department, I assisted in the apprehension and investigation of individuals involved in serious violent crimes, including homicide, kidnapping, aggravated battery and assaults, narcotics trafficking, firearm trafficking, and prohibited persons in possession of firearms.   Eight of my years with the Albuquerque Police Department were spent as an officer in the Gang Suppression Unit and a detective in the Gang Unit.  During these years, the majority of my investigations focused specifically on gang crime and gang-motivated crimes, including shootings, homicides, aggravated assaults, and robberies.  Since becoming a Special Agent with ATF, and since being assigned to Denver, Colorado, in 2014, I have assisted the Aurora Police Department Gang Unit in numerous investigations.  I have also spent numerous shifts working with the Aurora Police Department Gang Unit.  While employed by the Albuquerque Police Department, I was assigned to the ATF as a Task Force Officer for approximately 5 years.  I have been involved in the investigation of more than 200 cases involving violations of federal firearms and narcotics laws.   I have written and participated in the execution of over 100 federal and state search warrants involving violent crime, organized crime, illegal firearms possession, and the use and trafficking of narcotics, and armed narcotics trafficking.

2. As an ATF Special Agent, I am familiar with federal criminal laws pertaining to firearms, explosives, and narcotics.  I know that it is a violation of 18 U.S.C. § 2119 for any person to take a motor vehicle that had been transported, shipped, or received in interstate or foreign commerce from the person or presence of another by force and violence.

3. The statements contained in this affidavit are based, in part, on information provided by other ATF Special Agents and Task Force Officers, as well as other law enforcement officers, along with my background and experience.  I have included facts necessary to establish probable cause and have not included each and every fact known to me concerning this investigation.  I have not intentionally omitted facts that tend to mitigate probable cause.

4. Based on the following facts, I submit probable cause exists to believe that, on or about January 2, 2021, in the State and District of Colorado, Kwami AUSTIN, did knowingly take a motor vehicle that had been transported, shipped, or received in interstate or foreign commerce from the person or presence of another by force and violence, in violation of 18 U.S.C. § 2119.

## FACTS OF THE INVESTIGATION

5. On January 2, 2021, at approximately 4:37 P.M., Aurora Police Department (APD) Officers were dispatched to the area of E. Colfax Ave. and Dallas St., Aurora, Colorado, in reference to an armed carjacking.

6. APD Officers arrived and contacted the victims, who gave the Officers the following information.

7. The victims were driving their 2020 GMC Sierra pick-up truck with Colorado license plate number BGSM07 on E. Colfax Ave. when they came across a silver BMW sedan that was obstructing traffic.

8. The victims honked at the BMW, and as the victims went to pass the BMW, the BMW struck the victims' truck. One of the victims told APD Officers that this appeared to be an intentional act.

9. The victims stopped their truck in the roadway and were told by one of the occupants of the BMW to go pull over. The victims drove their GMC truck and pulled over on Dallas St. just north of E. Colfax Ave., with the BMW following behind.

10. The front passenger of the BMW, later identified as Odifu ODIFU, exited the car armed with a semiautomatic pistol and approached the victims in the GMC truck on the driver side. The driver of the BMW, later identified as Kwami AUSTIN, exited the BMW armed with a semiautomatic pistol and approached the victims on the passenger side.

11. ODIFU put the pistol to the head of the female driver and said: "Get out of the fucking car." ODIFU tried to open the door of the truck, but the door was locked. The female tried to push the gun away from her head, at which point ODIFU told the male passenger: "I'm gonna blast her, you think I won't?" ODIFU was able to open the driver-side door and removed the female from the truck. ODIFU held the female at gunpoint, and then physically forced her across Dallas St., approximately 10 feet, before letting her go and turning back towards the truck.

12. As ODIFU was holding the pistol to the head of the female, AUSTIN, who had gone to the passenger side, opened the passenger-side door, put a pistol in the ribs of the male passenger, and ordered him to exit the vehicle, saying, "get the fuck out of the car … hurry up." AUSTIN then forcibly removed the male passenger from the vehicle at gunpoint, with the firearm still pressed in the male's ribcage. AUSTIN forced the male to walk away from the truck.

13. As the male walked away from the truck, ODIFU, still holding the pistol, turned towards the male and began to walk towards where he was standing. The male walked farther away from the truck. ODIFU then turned back towards the female driver and again pointed the pistol at her. The female walked away from ODIFU, at which point a female, later identified as Amber QUINTANA, emerged from the driver side of the BMW and began to yell at the male

and female victims that ODIFU and AUSTIN would shoot both the male and female if they did not do what they were told.

14. With the male and female away from the truck, ODIFU entered into the driver side of the truck.  QUINTANA got back into the BMW as the driver and began to drive away.  AUSTIN then got back into the BMW as the front passenger.  ODIFU left the scene in the victims' truck in tandem with the BMW.

15. APD Officers confirmed the GMC truck's information through the Colorado Department of Motor Vehicles and learned the vehicle was equipped with OnStar Navigation system, which can allow the vehicle to be tracked by GPS.

16. OnStar was able to locate the truck and tracked it to the Walmart located at 9400 E. Hampden Ave., Aurora, Colorado.  At approximately 5:44 P.M. on January 2, 2021, Officers located the vehicle at the Walmart and observed it to be occupied by ODIFU, AUSTIN and QUINTANA, with ODIFU driving, AUSTIN in the front-passenger seat, and QUINTANA in the rear.

17. Officers attempted to make contact with the truck, which drove from the Walmart at a high rate of speed, colliding with several parked, unoccupied vehicles in an effort to escape.

18. APD Officers were able to conduct a pin on the truck and immobilize it.  Once immobilized, ODIFU exited, crawled under the truck and ran from police on foot.  Officers noted that, while ODIFU was running, he was only swinging one arm and kept the other arm tucked in towards his body.  The Officers were concerned that ODIFU was holding onto the pistol with the non-swinging arm.

19. Officers caught up with ODIFU a short distance from where the truck had been immobilized.  ODIFU did not comply with the Officers and kept reaching around his body.  Officers were able to take ODIFU into custody.  They subsequently located a firearm directly behind where ODIFU was placed in handcuffs, within an arm's reach of ODIFU.  Officers also located on ODIFU's person a debit card belonging to the female victim and the keys to the carjacked truck on the victim's Mickey Mouse keychain.

20. The Officers who had remained with the truck took AUSTIN into custody from the front passenger seat and located a semiautomatic pistol between AUSTIN's feet on the floorboard.

21. QUINTANA was removed from the rear driver-side of the truck and taken into custody without incident.  QUINTANA's purse was located in the rear of the truck.  Inside of QUINTANA's purse, Officers found a check made out to the female victim of the carjacking.

22. I contacted a SA with the National Insurance Crime Bureau (NICB) and requested information on the carjacked 2020 GMC Sierra truck by providing the NICB SA with the truck's vehicle identification number (VIN).

23. Based on the VIN, the SA told me that the 2020 GMC Sierra with VIN 1GTV9BET0LZ250364, was identified by General Motors (GM) as having been manufactured at their Z Plant.  The Z Plant is identified as having two locations, one in Fort Wayne, Indiana and the other in Springhill, Tennessee.  The SA told me that the truck was manufactured in either Indiana or Tennessee and therefore had travelled in and/or affected interstate commerce prior to being carjacked and recovered in Aurora, Colorado.

## CONCLUSION

24. Based on the above facts, I submit that probable cause exists to believe that, on or about January 2, 2021, in the State and District of Colorado, the defendant, Kwami AUSTIN, did knowingly take a motor vehicle that had been transported, shipped, or received in interstate or foreign commerce from the person or presence of another by force and violence; in violation of 18 U.S.C. § 2119, or aided and abetted the same.

I, Matthew Pound, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

*s/Matthew Pound*
Matthew Pound
Special Agent, ATF

**Affidavit reviewed and submitted by Rajiv Mohan Assistant United States Attorney.**

.

HON. MICHAEL E. HEGARTY
United States Magistrate Judge

4